Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | 2001 DEC 1 District Of Alabama | |
|---|---|---|
| Name (under which you were convicted): Del Cid- Jorge Alberto | DEBRA P. HACKETT, C. U.S. DISTRICT COURT | Docket or Case No.: 2:07-cv-1094-WHA 2:07CR064-WHA |
| Place of Confinement: Giles W dalby. Corr. Facility | MIDDLE DISTRICT ALA | Prisoner No.: 12158-002 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) | |
| v. Del Cid-Jorge- Alberto | | |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   United States District Court. Middle District Of Alabama
   Office Of The Clerk. P.O.Box 711. Montgomery, Alabama 360101
   _-0711.

   (b) Criminal docket or case number (if you know): 2:07CR064-WHA

2. (a) Date of the judgment of conviction (if you know): 09-19-2007

   (b) Date of sentencing: 09-19-2007

3. Length of sentence: 24 Months, And 1 Year Supervision Release

4. Nature of crime (all counts): 18:1326 (a) Re-Entry Of Deported Alien
   _____
   _____
   _____
   _____
   _____

5. (a) What was your plea? (Check one)
   (1) Not guilty ❑      (2) Guilty ☒      (3) Nolo contendere (no contest) ❑
   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count
   or indictment, what did you plead guilty to and what did you plead not guilty to? _____
   _____
   I was pled Guilty only the Re- Entry charges.
   _____
   _____

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ❑      Judge only ☒

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒

8.  Did you appeal from the judgment of conviction?    Yes ☒    No ☐

9.  If you did appeal, answer the following:

    (a) Name of court: U.S. Court Of Appeals Eleventh Circuit. Atlanta, Georquia 30303.

    (b) Docket or case number (if you know): 07-00064-CR-A-N

    (c) Result: The eleventh Circuit Court Denaied My Appeal.

    (d) Date of result (if you know): November 14, 2007

    (e) Citation to the case (if you know): N/A

    (f) Grounds raised: N/A

    (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

    If "Yes," answer the following:

    (1) Docket or case number (if you know): N/A

    (2) Result: N/A

    (3) Date of result (if you know): N/A

    (4) Citation to the case (if you know): N/A

    (5) Grounds raised: N/A

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☒    No ☐

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: Middle District Of Alabama, P.O.Box 711

        (2) Docket or case number (if you know): 2:07CR064-WHA

        (3) Date of filing (if you know): Sep-31-2007

(4) Nature of the proceeding: ___Petitioner Certificate Of Appellabili ty

(5) Grounds raised: ___N/A_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❏   No ☒

(7) Result: ___N/A_____

(8) Date of result (if you know): ___November 9,2007_____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _N/A_____

(2) Docket or case number (if you know): ___N/A_____

(3) Date of filing (if you know): ___N/A_____

(4) Nature of the proceeding: _N/A_____

(5) Grounds raised: _____N/A_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❏   No ☒

(7) Result: ___N/A_____

(8) Date of result (if you know): _____N/A_____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:     Yes ❏   No ☒

(2) Second petition:    Yes ❏   No ☒

Page 5

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly

why you did not: _____

I was Appeted My Case bout the Eleventh Circuit court Denied My
Appeal.
_____

12. For this motion, state every ground on which you claim that you are being held in violation of the
Constitution, laws, or treaties of the United States. Attach additional pages if you have more
than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: <u>Conviction Obtained by plea of guilty which was unla</u>
<u>wfully induced or not made voluntarily or with understanding of</u>
<u>the nature of the charge and consequences of the Plea</u>
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Attorney Told me that I was not going to resive no more

than 12 Months Or 8 Months for the charges of Re-Entry, and i
resive 24 Months even that i don't ahve any prior conviction in
my Record. because  before my Deportation I don't ahve any

<u>felones convictions in my PSI This is why I was ask to the</u>
Honorable court to take in consideration my situation on my case.

<u>because I never been convicted the aggraveted felony before.</u>
_____
_____
_____
_____

(b) Direct Appeal of Ground One:
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____
Because My Attorney he told me non't to do.  that.
_____

(c) Post-Conviction Proceedings:
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition: _____N/A_____
Name and location of the court where the motion or petition was filed: ___N/A___
_____

Docket or case number (if you know): _____N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): _____N/A_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑  No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑  No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑  No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A_____

_____

Docket or case number (if you know): _____N/A_____
                                            N/A
Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____N/A_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____Because I don't have the right Counsel on my
    side, even that I told my Attorney tha I would like to
did . he never do thit.

_____

_____

_____

GROUND TWO: Conviction obtained by the unconstitutinal failure
prosecution to disclose to the defendant evedence favorable to
the Defendant.

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):
    I was told my Lawyer that I would like toesplaent to the
Honorable Court why I  commit this re- entry bout I have not have

the opportunity to to did it Because I cat not Defend myself so I
don;t mention nothing about my situation and why I come to

this Coutry without permitiom of the United states, and the
Attorney General of the United states.

_____

_____

_____

_____

**(b) Direct Appeal of Ground Two:**

　　(1) If you appealed from the judgment of conviction, did you raise this issue?

　　　　Yes ❑　No ☒

　　(2) If you did not raise this issue in your direct appeal, explain why: _____
　　　　Because my Attorney recommend me not to do It

　　_____

**(c) Post-Conviction Proceedings:**

　　(1) Did you raise this issue in any post-conviction motion, petition, or application?

　　　　Yes ❑　No ☒

　　(2) If your answer to Question (c)(1) is "Yes," state:

　　Type of motion or petition: _____ N/A _____

　　Name and location of the court where the motion or petition was filed: _____ N/A _____

　　_____

　　Docket or case number (if you know): _____ N/A _____

　　Date of the court's decision: _____ N/A _____

　　Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

　　_____

　　_____

　　(3) Did you receive a hearing on your motion, petition, or application?

　　　　Yes ❑　No ☒

　　(4) Did you appeal from the denial of your motion, petition, or application?

　　　　Yes ❑　No ☒

　　(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

　　　　Yes ❑　No ☒

　　(6) If your answer to Question (c)(4) is "Yes," state:

　　Name and location of the court where the appeal was filed: _____ N/A _____

　　_____

　　Docket or case number (if you know): _____ N/A _____

　　Date of the court's decision: _____ N/A _____

　　Result (attach a copy of the court's opinion or order, if available): ____ N/A _____

　　_____

　　_____

Filed 12/17/2007 Page 7 of 14

Case 2:07-cv-01094-WHA-SRW     Document 1

Page 8

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____ Because by recomendation of my Attorney I do
not do It, but I mentioned it to my attorney After ,and during of

my Sentence.

GROUND THREE: Conviction obtained by a violation of the protecti
on against Double Jeopardy.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I was told My Attorney that even that I don't have any prior
Convictions before. my sentence was Enhanced because of this

Re- entry charges that I have before, This is why the Honorable
Court they give me 24 months for this reasons. even that they

know that I don't have any criminal History on my record.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❏   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Again, I explained
it to my Attorney and I don't know why didn't raised the issue.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❏   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ____ N/A

Name and location of the court where the motion or petition was filed: ____ N/A

Docket or case number (if you know): _____ N/A

Date of the court's decision: _____ N/A

Result (attach a copy of the court's opinion or order, if available): _____N/A_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❏  No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❏  No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❏  No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____N/A_____

_____

Docket or case number (if you know): _____N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): _____N/A_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: Because my Attorney told me that he is going to

do it later in an Appeal and he don't do nothing.

_____

_____

_____

GROUND FOUR:   Denial of effective assistence of counsel.

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

When I was in Court my Attorney he don't show up in court
even that he know that . I was going to the  day of my sentence

He send someone to represent me in my court date This is the rea
son that I would like to raiseing this Issue Because I told hem

several occassions these grounds that I'am reising and  I realize
now that he never do it like he told me that he was going to do .

   It.

_____

(b)  **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑  No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _____

      By recomendation of my Attorney. And my Poor Legal Assista

      nce.

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑  No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____N/A_____

    Name and location of the court where the motion or petition was filed: _____N/A_____

    Docket or case number (if you know): ____N/A_____

    Date of the court's decision: _____N/A_____

    Result (attach a copy of the court's opinion or order, if available): __N/A_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑  No ☒

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑  No ☒

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑  No ☒

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____
    N/A

    Docket or case number (if you know): ____N/A_____

    Date of the court's decision: _____N/A_____

    Result (attach a copy of the court's opinion or order, if available): ____N/A_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: <u>I want it to raise all the time but I don't know why</u>

<u>my Attorney never mention It.</u>

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?

If so, which ground or grounds have not been presented, and state your reasons for not

presenting them: <u>1)The plea of Guilty with negative consequences</u> of

<u>more time that I was told.2)The enhancement of sentence for Prior</u>
<u>conviction that I don't have.3) Unconstitutinal failure of the</u>
<u>prosecution, I have no opportunity to mention why I commit this</u>

<u>Re- entry . 4) Ineffective legal assistence the Attorney.</u>

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court

for the judgment you are challenging?    Yes ❑   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of

proceeding, and the issues raised. <u>N/A</u>

15. Give the name and address, if known, of each attorney who represented you in the following

stages of the judgment you are challenging:

(a) At preliminary hearing: <u>I don't remember but It was assigned by the</u>
<u>Honorable Court</u>

(b) At arraignment and plea: <u>same</u>

(c) At trial: <u>same</u>

(d) At sentencing: <u>same</u>

Page 12

(e) On appeal: _____Donnie     W. Bethel_____

_____

(f) In any post-conviction proceeding: _____N/A_____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____N/A_____

_____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ❏ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ❏ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____N/A_____

_____

(b) Give the date the other sentence was imposed: __N/A_____

(c) Give the length of the other sentence: ___N/A_____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ❏ No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you

must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not

bar your motion.\*  Petitioner here in underoath to say the followi
ing States:  That is the Fthares of chldrens that they need his
Support as the same with this family, and wife , and that situaTI
tion in this Country El Salvador is Extremely Poor andwithout try
ing to commit any felony in this Country tried to come to the U.S
to have a better job and support his poor family. Because of this
situation his family is having. More  Financial Problems and The
Education Of This Childres Has been detoriorated by this reason

being in copmlete bad situation. I have to mention that, I have
no problems in this Institution Because I would like to get all
the edtudying to be a better Citizen, I think that I learn My Lea
son, so please considered My petition To reduce my sentence In

which your respectfully Court Considered. I 'am already convince
not to come again to this country, and tray to do A  better life

in my Country   El Salvador with all my family.
Thank You for all your time, and attention . God Bless You.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.
§ 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section.  The limitation period
shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in
    violation of the Constitution or laws of the United States is removed, if the movant was
    prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if
    that right has been newly recognized by the Supreme Court and made retroactively
    applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been
    discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: _____

I would like to ask To the honorable Court to grant My motion

and ~~take in consideration my situation.~~ _____

or any other relief to which movant may be entitled.

Reduction of my Sentence Pursuant A Motion To vacate set Aside Or
Correct Sentence Under 28 U.S.C. § 2255.

<u>      N/A                              </u>
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct

and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __7 .__

_12 - 2004_ (month, date, year).

Executed (signed) on _7. 12 - 2004._ (date).

*Jorge alberto pulcid*
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not

signing this motion. _____

_____

_____

IN FORMA PAUPERIS DECLARATION

_____

[Insert appropriate court]
* * * * *



Del Cid Jorge .......
Reg No. 12158-002
Giles W Dalby Corr. facility
805 North avenue f
Post, Texas  79356

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE  OF THE CLERK
P.O.BOX 711.
Montgomery, Alabama 36101-0711

27BE, CLOSED, INTERPRETER

# U.S. District Court
# Alabama Middle District (Montgomery)
# CRIMINAL DOCKET FOR CASE #: 2:07-cr-00064-WHA-SRW All Defendants
# Internal Use Only

2:07-CV-1094-WHA

Case title: USA v. Del Cid [Interpreter]

Date Filed: 04/04/2007
Date Terminated: 05/31/2007

Assigned to: Honorable W. Harold
Albritton, III
Referred to: Honorable Susan Russ
Walker

Appeals court case number:
'07-12594-j' 'USCA'

### Defendant

**Jorge Alberto Del Cid** (1)
*TERMINATED: 05/31/2007*

represented by **Federal Defender**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: ECFCMALM@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Michael J. Petersen**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
334-834-2099
Fax: 334-834-0353
Email: michael_petersen@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donnie Wayne Bethel**
Federal Defenders
201 Monroe Street
Suite 407

Montgomery, AL 36104
334-834-2099
Fax: 834-0358
Email: don_bethel@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

8:1326(a) REENTRY OF
DEPORTED ALIEN - NMT
$250,000[*]; NMT 2Y; B; NMT 1Y
SUP REL; G-LNS; VWPA; $100 SA
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**

8:1326(a) - RE-ENTRY OF
DEPORTED ALIEN

**Disposition**

24 months imprisonment; 1 year
supervised release; $100 SA

**Disposition**

**Disposition**

---

**Plaintiff**

**USA**                                    represented by **Stephen P. Feaga**
                                           U.S. Attorney's Office
                                           PO Box 197
                                           Montgomery, AL 36101-0197
                                           334-223-7280
                                           Fax: 223-7560
                                           Email: steve.feaga@usdoj.gov
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
|            |   |             |

| 03/19/2007 | ◯1 | COMPLAINT as to Jorge Alberto Del Cid (1). (jct, ) [2:07-mj-00032-WC] (Entered: 03/19/2007) |
|---|---|---|
| 03/19/2007 | ◯3 | Arrest Warrant Returned Executed in case as to Jorge Alberto Del Cid. Defendant arrested on 3/18/2007. (sql, ) [2:07-mj-00032-WC] (Entered: 03/19/2007) |
| 03/19/2007 | ◯ | Arrest of Jorge Alberto Del Cid (jct, ) [2:07-mj-00032-WC] (Entered: 03/20/2007) |
| 03/20/2007 | ◯4 | CJA 23 Financial Affidavit by Jorge Alberto Del Cid (jct, ) [2:07-mj-00032-WC] (Entered: 03/20/2007) |
| 03/20/2007 | ◯ | ORAL MOTION to Appoint Counsel by Jorge Alberto Del Cid. (jct, ) [2:07-mj-00032-WC] (Entered: 03/20/2007) |
| 03/20/2007 | ◯ | ORDER (ORAL) granting Oral Motion to Appoint Counsel: Appointed Federal Defender as to Jorge Alberto Del Cid (1). Signed by Judge Wallace Capel Jr. on 3/20/07. (jct, ) [2:07-mj-00032-WC] (Entered: 03/20/2007) |
| 03/20/2007 | ◯5 | Minute Entry for proceedings held before Judge Wallace Capel Jr.:Initial Appearance as to Jorge Alberto Del Cid held on 3/20/2007, Preliminary Examination as to Jorge Alberto Del Cid held on 3/20/2007 (PDF available for court use only) (Recording Time 10:08 - 10:21.) (Attachments: # 1 Witness List) (jct, ) [2:07-mj-00032-WC] (Entered: 03/20/2007) |
| 03/20/2007 | ◯ | ORAL WAIVER of Detention Hearing as to Jorge Alberto Del Cid (jct, ) [2:07-mj-00032-WC] (Entered: 03/20/2007) |
| 03/21/2007 | ◯6 | ORDER that the defendant be held in custody of the U. S. Marshal and bound over to the grand jury for further action as to Jorge Alberto Del Cid . Signed by Judge Wallace Capel Jr. on 3/21/07. (jct, ) [2:07-mj-00032-WC] (Entered: 03/21/2007) |
| 03/22/2007 | ◯7 | NOTICE OF ATTORNEY APPEARANCE: Donnie Wayne Bethel appearing for Jorge Alberto Del Cid (Bethel, Donnie) [2:07-mj-00032-WC] (Entered: 03/22/2007) |
| 04/04/2007 | ◯8 | INDICTMENT as to Jorge Alberto Del Cid (1) count(s) 1. (ag, ) (Entered: 04/06/2007) |
| 04/04/2007 | ◯9 | Limits of Punishment as to Jorge Alberto Del Cid. (ag, ) (Entered: 04/06/2007) |
| 04/06/2007 | ◯10 | ORDER to Produce Prisoner for Arraignment as to Jorge Alberto Del Cid: Arraignment set for 4/18/2007 @ 10:30 AM in Courtroom 4B before Honorable Charles S. Coody. Signed by Judge Charles S. Coody on 4/6/2007. (ag, ) (Entered: 04/06/2007) |
| 04/06/2007 | | (Court only) ***Set/Clear Flags as to Jorge Alberto Del Cid (ag, ) (Entered: 04/06/2007) |

| 04/18/2007 | ◑11 | Minute Entry for proceedings held before Judge Charles S. Coody : Initial Appearance as to Jorge Alberto Del Cid held on 4/18/2007 (PDF available for court use only);Arraignment as to Jorge Alberto Del Cid (1) on Count 1 held on 4/18/2007 (PDF available for court use only); Plea entered by Jorge Alberto Del Cid Not Guilty on count 1. (PDF available for court use only) (Recording Time FTR: 10:52 - 10:54.) (ws, ) (Entered: 04/18/2007) |
|---|---|---|
| 04/20/2007 | ◑12 | ORDER ON ARRAIGNMENT as to Jorge Alberto Del Cid: Pretrial Conference set for 5/14/2007 03:00 PM in Courtroom 5B before Honorable Susan Russ Walker. Jury Selection/Jury Trial set for 6/4/2007 before Honorable W. Harold Albritton III. Pretrial Motions due by 5/9/2007. Discovery due by 4/25/2007. Signed by Judge Susan Russ Walker on 4/20/07. (jct, ) (Entered: 04/20/2007) |
| 04/26/2007 | ◑13 | NOTICE OF INTENT TO CHANGE PLEA by Jorge Alberto Del Cid (Bethel, Donnie) (Entered: 04/26/2007) |
| 04/26/2007 | ◑14 | ORDER as to Jorge Alberto Del Cid re 13 Notice of Intent to Change Plea: Change of Plea Hearing set for 4/27/2007 01:30 PM in Courtroom 5B before Honorable Susan Russ Walker. Clerk is directed to provide a court reporter and interpreter for this proceeding. U. S. Marshal to produce defendant for this proceeding if he is in custody. Signed by Judge Susan Russ Walker on 4/26/07. (jct, ) (Entered: 04/26/2007) |
| 04/27/2007 | ◑15 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Jorge Alberto Del Cid (sql, ) (Entered: 04/27/2007) |
| 04/27/2007 | ◑16 | Minute Entry for proceedings held before Judge Terry F. Moorer :Change of Plea Hearing as to Jorge Alberto Del Cid held on 4/27/2007 (PDF available for court use only), Plea entered by Jorge Alberto Del Cid (1) Guilty Count 1. (PDF available for court use only) (Court Reporter Jimmy Dickens.) (sql, ) (Entered: 04/27/2007) |
| 04/27/2007 | ◑ | ORAL ORDER Accepting Guilty Plea as to Jorge Alberto Del Cid and Adjudicating the defendant guilty as to Count(s) 1 of the Indictment . by Judge Terry F. Moorer on 4/27/2007. (sql, ) (Entered: 04/27/2007) |
| 04/27/2007 | ◑ | Terminate Deadlines and Hearings as to Jorge Alberto Del Cid: (jct, ) (Entered: 04/30/2007) |
| 04/27/2007 | ◑ | Terminate Deadlines and Hearings as to Jorge Alberto Del Cid: (jct, ) (Entered: 05/10/2007) |
| 05/08/2007 | ◑17 | ORDER as to Jorge Alberto Del Cid: Sentencing set for 5/31/2007 10:00 AM in Courtroom 2C before Honorable W. Harold Albritton III as further set out in order. Signed by Judge W. Harold Albritton III on 5/8/07. (jct, ) (Entered: 05/08/2007) |

| 05/24/2007 | ◉18 | NOTICE OF ATTORNEY APPEARANCE: Michael J. Petersen appearing for Jorge Alberto Del Cid (Petersen, Michael) (Entered: 05/24/2007) |
|---|---|---|
| 05/29/2007 | ◉19 | ORDER as to Jorge Alberto Del Cid : Sentencing rescheduled from 5/31/07 at 10:00 AM to 5/31/2007 09:30 AM in Courtroom 2C before Honorable W. Harold Albritton III. Signed by Judge W. Harold Albritton III on 5/29/07. (jct, ) (Entered: 05/29/2007) |
| 05/31/2007 | ◉20 | Minute Entry for proceedings held before Judge W. Harold Albritton III:Sentencing held on 5/31/2007 as to Jorge Alberto Del Cid. (PDF available for court use only) (Court Reporter Jimmy Dickens.) (eb) (Entered: 05/31/2007) |
| 05/31/2007 | ◉21 | JUDGMENT as to Jorge Alberto Del Cid (1), Count(s) 1, 24 months imprisonment; 1 year supervised release; $100 SA; special conditions of supervision as further set out in Judgment. Signed by Judge W. Harold Albritton III on 5/31/07. (jct, ) (Entered: 05/31/2007) |
| 05/31/2007 | | (Court only) ***Case Terminated as to Jorge Alberto Del Cid (jct, ) (Entered: 05/31/2007) |
| 06/04/2007 | ◉22 | NOTICE OF APPEAL by Jorge Alberto Del Cid re 21 Judgment (Bethel, Donnie) (Entered: 06/04/2007) |
| 06/04/2007 | ◉ | Transmission of Notice of Appeal and Certificate copy Docket Sheet and Order as to Jorge Alberto Del Cid to US Court of Appeals re 22 Notice of Appeal - Final Judgment (ydw, ) (Entered: 06/04/2007) |
| 06/11/2007 | ◉23 | RECEIVED TRANSCRIPT REQUEST re 22 Notice of Appeal - Final Judgment from Donnie Bethel counsel for Jorge Alberto Del Cid, with following notation of "I Am Ordering A Transcript Of The Following Proceedings": Sentencing proceedings held on 5/31/07 before Judge W. Harold Albritton, Jimmy Dickens C/R. Copy to JD. (ydw, ) (Entered: 06/12/2007) |
| 06/13/2007 | ◉ | USCA Case Number as to Jorge Alberto Del Cid 07-12594-J for 22 Notice of Appeal - Final Judgment filed by Jorge Alberto Del Cid. (ydw, ) (Entered: 06/15/2007) |
| 06/20/2007 | ◉24 | TRANSCRIPT of SENTENCING HEARING as to Jorge Alberto Del Cid held on 5/31/2007 before Judge W Harold Albritton. Court Reporter: Risa Entrekin for James Dickens. (PDF available for court use only) (snc) (Entered: 06/20/2007) |
| 07/20/2007 | ◉ | Certificate of Readiness to US Court of Appeals re 07-12594-J, 22 Notice of Appeal - Final Judgment (ydw, ) (Entered: 07/20/2007) |
| 09/05/2007 | ◉25 | Request for Record on Appeal By USCA Eleventh Circuit; 11th Circuit Appeal No. 07-12594-JJ, 22 Notice of Appeal. (dmn) (Entered: 09/10/2007) |

| 09/10/2007 | ●26 | Certified and Transmitted Record on Appeal as to Jorge Alberto Del Cid to US Court of Appeals re 22 Notice of Appeal - Final Judgment, USCA Case Number 07-12594-JJ. (dmn) (Entered: 09/10/2007) |
| 09/13/2007 | ●27 | AMENDED Certificate of Readiness to US Court of Appeals re 22 Notice of Appeal - Final Judgment USCA Case Number 07-12594-j (ydw, ) (Entered: 09/13/2007) |
| 09/17/2007 | ●29 | Acknowledgement of Receipt of Record on Appeal from USCA re 22 Notice of Appeal - Final Judgment (ydw, ) (Entered: 09/26/2007) |
| 09/25/2007 | ●28 | Judgment Returned Executed as to Jorge Alberto Del Cid on 9/19/07. (jct, ) (Entered: 09/26/2007) |
| 12/07/2007 | ●30 | JUDGMENT AND OPINION ISSUED AS THE MANDATE of USCA on 12/7/2007 (certified copy) as to Jorge Alberto Del Cid re 22 Notice of Appeal - Final Judgment, 11th Circuit Appeal No. 07-12594-JJ: AFFIRMED. (dmn) (Entered: 12/10/2007) |
| 12/10/2007 | ●31 | Appeal Record Returned as to Jorge Alberto Del Cid re 22 Notice of Appeal, 11th Circuit Appeal No. 07-12594-JJ. (dmn) (Entered: 12/10/2007) |

AO 245B     (Rev. 06/05) Judgment in a Criminal Case
            Sheet 1

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
|---|---|---|

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | |

| **JORGE ALBERTO DEL CID** a/k/a Jorge Alberto Guzman-Del Cid, a/k/a Jorge Del-Cid | Case Number: | 2:07cr064-WHA |
|---|---|---|
| | USM Number: | 12158-002 |

Michael Petersen
Defendant's Attorney

## THE DEFENDANT:

X pleaded guilty to count(s)    1 of the Indictment on April 27, 2007

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1326(a) | Reentry of deported alien | 3/18/07 | 1 |

The defendant is sentenced as provided in pages 2 through    6    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 31, 2007
Date of Imposition of Judgment

Signature of Judge

W. Harold Albritton, Senior United States District Judge
Name and Title of Judge

5/31/07
Date

AO 245B    (Rev. 06/05) Judgment in Criminal Case
          Sheet 2 — Imprisonment

DEFENDANT:         JORGE ALBERTO DEL CID
CASE NUMBER:       2:07cr064-WHA

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**twenty-four (24) months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m. ☐ p.m.   on _____ .

    ☐    as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

| | Judgment—Page | 3 | of | 6 |
|---|---|---|---|---|

DEFENDANT:        JORGE ALBERTO DEL CID
CASE NUMBER:      2:07cr064-WHA

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

**one (1) year.**

     The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

**X**    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

**X**    The defendant shall cooperate in the collection of DNA. (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student. (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

     If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

     The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page __4__ of __6__

DEFENDANT:       JORGE ALBERTO DEL CID
CASE NUMBER:     2:07cr064-WHA

# SPECIAL CONDITIONS OF SUPERVISION

In light of Defendant's illegal status, upon completion of the term of imprisonment, Defendant shall be remanded to the custody of the Bureau of Immigration and Customs Enforcement for deportation proceedings in accordance with the Immigration and Nationality Act. If deported, (a) the term of supervision shall be non-reporting while Defendant lives outside the United States; (b) Defendant shall not illegally reenter the United States; and (c) if Defendant should reenter the United States during the term of supervised release, he shall report to the nearest United States Probation Office within 72 hours of arrival.

Judgment — Page   5   of   6

DEFENDANT:     JORGE ALBERTO DEL CID
CASE NUMBER:   2:07cr064-WHA

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ **100.00** | $ **-0-** | $ **-0-** |

☐   The determination of restitution is deferred until   _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $        0 | $        0 |  |

☐   Restitution amount ordered pursuant to plea agreement  $  _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐  the interest requirement is waived for the   ☐ fine  ☐ restitution.

    ☐  the interest requirement for the    ☐ fine  ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Judgment — Page __6__ of __6__

DEFENDANT:    JORGE ALBERTO DEL CID
CASE NUMBER:    2:07cr064-WHA

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**    **X**    Lump sum payment of $ ___100.00___    due immediately, balance due

      ☐   not later than _____ , or
      **X**   in accordance    ☐ C,    ☐ D,    ☐ E, or    **X** F below; or

**B**    ☐    Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ☐ F below); or

**C**    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
      term of supervision; or

**E**    ☐    Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
      imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**    **X**    Special instructions regarding the payment of criminal monetary penalties:

      Payment shall be made to the Clerk, U. S. District Court, P. O. Box 711, Montgomery, AL  36101.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

      Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
      and corresponding payee, if appropriate.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.