IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JORGE ALBERTO DEL CID | ) | |
| | ) | |
| v. | ) | Civil Action. No. 2:07cv1094-WHA |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**UNITED STATES' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant United States Attorney Sandra J. Stewart, who will be serving as additional counsel of record for the United States in this matter.

Respectfully submitted this the 8th of January, 2008.

　　　　　　　　　　　　　　　　　　　LEURA G. CANARY
　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY


　　　　　　　　　　　　　　　　　　　/s/ Sandra J. Stewart
　　　　　　　　　　　　　　　　　　　SANDRA J. STEWART
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　131 Clayton Street
　　　　　　　　　　　　　　　　　　　Montgomery, Alabama 36104
　　　　　　　　　　　　　　　　　　　Telephone: (334) 223-7280
　　　　　　　　　　　　　　　　　　　Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JORGE ALBERTO DEL CID | ) | |
| | ) | |
| v. | ) | Civil Action. No. 2:07cv1094-WHA |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Sandra J. Stewart
SANDRA J. STEWART
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135