IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JORGE ALBERTO DEL CID, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:07cv1094-WHA |
| UNITED STATES OF AMERICA, ) | (CR No.: 2:07cr64-WHA) |
| ) | |
| Respondent. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the United States of America, Respondent in the above-captioned case, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, and

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby

reported: None.

Done this 8th day of January, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY


        /s/ Sandra J. Stewart
        SANDRA J. STEWART
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, AL  36101-0197
        (334) 551-1764
        (334) 223-7135

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JORGE ALBERTO DEL CID,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07cv1094-WHA |
| **UNITED STATES OF AMERICA,** | ) | (CR No.: 2:07cr64-WHA) |
| | ) | |
| **Respondent.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2008, I electronically filed the foregoing Conflict Disclosure Statement with the Clerk of the Court using the CM/ECF system and mailed, postage prepaid, a copy of this response to the *pro se* Defendant/Petitioner as follows:

    Jorge Alberto Del Cid
    Rg. #12158-002
    Giles W. Dalby Correctional Facility
    805 North Avenue F
    Post, TX  79356

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/  Sandra J. Stewart
    SANDRA J. STEWART
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, AL  36101-0197
    (334) 551-1764
    (334) 223-7135