IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Civil Action No. 2: 07-CV-1094-WHA |
| v. | ) | (2:07-CR-0064-WHA) |
| | ) | |
| | ) | |
| JORGE ALBERTO DEL CID | ) | |

### AFFIDAVIT

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF MONTGOMERY | ) |

I, **MICHAEL J. PETERSEN**, being duly sworn, states as follows:

1. I am currently employed by the office of the Federal Defender for the Middle District of Alabama. During the pendency of the Petitioner's trial and appeal, your affiant represented Del Cid only during his sentencing hearing..

2. On December 17, 2007, pursuant to 28 U.S.C. 2255, Del Cid filed a petition to vacate, set aside or correct his sentence in this case. (Doc. # 1).

3. Also on December 17, 2007, pursuant to 28 U.S.C. 2255, Del Cid filed a petition for reduction of his sentence. (Doc #2).

4. This affidavit is in response to this Court's Order, entered on December 20, 2007.

(Doc. # 3).

5. In Doc #1, Del Cid first alleges in Ground Two that counsel recommended that he not explain why he was in this country illegally. (Doc. # 1 at 7-8).

6. This assertion is incorrect. When the Court asked Del Cid if he had anything to say, he remained silent. (Sentencing Transcript at 6). There was a skilled and sworn interpreter present. (Sentencing Transcript at 2). Counsel did not recommend to Del Cid that he should not speak. Del Cid did not inform Counsel at any time that he wished to address the Court during his Sentencing Hearing.

7. In Doc #2, Del Cid alleges that "counsel fails to raise the issue of deportability as a mitigating circumstances at sentencing." (Doc # 2 at1).

8. At sentencing, the Court stated that because Del Cid had previously been deported, it would sentence him to the statutory maximum sentence because in the Court's judgment, the previous deportations had not been adequate punishment. (Transcript at 7-8). Counsel objected to the sentence, arguing that it was unreasonable and the Court overruled the objection. (Transcript at 10).

Further Affiant saith not.

_____
MICHAEL J. PETERSEN
Affiant

STATE OF ALABAMA        )
                        )
MONTGOMERY COUNTY       )

2

I, the undersigned authority, a Notary Public in and for said State of Alabama at Large, do hereby certify that **MICHAEL J. PETERSEN**, whose name is signed to the foregoing Affidavit and who is known to me, acknowledged before me, on this day, that being informed of the contents of said instrument, he executed the same voluntarily, on the day the same bears date.

**GIVEN** under my hand and official seal this 9th day of January, 2008.

(SEAL)                    Notary Public
                          My Commission Expires: 6/15/08

IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Civil Action No. 2: 07-CV-1094-WHA |
| v.   ) | (2:07-CR-0064-WHA) |
| ) | |
| JORGE ALBERTO DEL CID ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 9th day of January, 2008, served a copy of the foregoing upon the following, by placing a copy of the same in the U.S. mail, postage prepaid and properly addressed to:

Jorge Alberto Del Cid
Prisoner No. 12158-002
Giles W. Dalby Correctional Facility
805 North Avenue F
Post, TX 79356

I hereby also certify that on January 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Sandra J. Stewart, Esq., Assistant United States Attorney.

Respectfully submitted,

s/Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

4