IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JORGE ALBERTO DEL CID,     )
               )
   Petitioner,      )
               )
  v.          )  CIVIL ACTION NO. 2:07cv1094-WHA
               )       (WO)
UNITED STATES OF AMERICA,   )
               )
   Respondents.     )

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is ORDERED and

ADJUDGED that the 28 U.S.C. § 2255 motion  be denied, and that this action be and hereby

is dismissed with prejudice.

The Clerk of Court is directed to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 12th day of November,2009.


       /s/ W. Harold Albritton
       SENIOR UNITED STATES DISTRICT JUDGE